**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KELLY NORRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 23-1417** |
| **TERREBONNE PARISH JAIL AND** | **SECTION: "H" (4)** |
| **SHERIFF OF TERREBONNE PARISH** | |

## ORDER

The Court, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that Kelly Norris' § 1983 claims against Terrebonne Parish Jail and Sheriff of Terrebonne Parish are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 23rd day of February, 2024.

_____
**UNITED STATES DISTRICT JUDGE**